**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (Detroit)**

In re:                                                                         Chapter 7 No. 21-44868-lsg
Brandi Valdez
                Debtor.                               Hon. Lisa S. Gretchko
_____/

Attached is the Statement of Corporate Ownership for the above referenced case.

Trott# 502430B01

/s/ Crystal L. Price
_____
Crystal L. Price (P69921)
Heather Burnard (P66321)
Robert J. Shefferly (P67477)
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

STATEMENT REGARDING OWNERSHIP OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

☑ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: KKR Wand Investors
Address: Kohlberg Kravis Roberts & Co,. L.P.
9 West 57th Street, Suite 4200
New York, NY 10019

Name:
Address:

Name:
Address:

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: 6/2/2021

/s/ Sommer Kuehne
Signature of Authorized Individual

Sommer Kuehne
Print Name

Assistant Secretary
Title